PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Wallace Dean Gilbert    Case Number: 3:08-00078-01

Name of Judicial Officer: The Honorable Todd J. Campbell, U.S. District Judge

Date of Original Sentence: August 10, 2009

Original Offense: 18 U.S.C. § 2113(a), Bank Robbery

Original Sentence: 60 months' custody followed by 3 years' supervised release

Type of Supervision: Supervised Release    Date Supervision Commenced: August 1, 2012

Assistant U.S. Attorney: To be determined    Defense Attorney: R. David Baker

---

**THE COURT ORDERS:**

☒ No Action at this time
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 7 day of April, 2014,
and made a part of the records in the above case.

_____
U. S. District Judge
Todd J. Campbell

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
U.S. Probation Officer
Jon R. Hahn

Place    Columbia, Tennessee

Date    April 7, 2014

ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **Shall not commit another federal, state, or local crime:**

   On April 4, 2014, Wallace D. Gilbert was arrested for Harassment (Class A Misdemeanor) by the Giles County Sheriff's Department, Pulaski, Tennessee. According to the affidavit, on April 4, 2014, Mr. Gilbert was instructed by a Sheriff's Deputy not to call, text, or contact the victim in any way. The Sheriff's Deputy observed the victim receive 15 text messages and two attempted calls from Mr. Gilbert.

**Compliance with Supervision Conditions and Prior Interventions:**

This officer spoke with Mr. Wallace who stated he had an argument with the female victim and he was trying to make things better through his communication. Mr. Wallace stated he continued to receive texts from the victim several hours later. This officer spoke with the victim who stated they had an argument, that it was a misunderstanding, that she called the Sheriff's Department back requesting that no charges be filed. The victim later stated she called the Sheriff's Department stating she filed a false police report. Mr. Wallace has been on supervision since August 12, 2012.

Mr. Wallace is currently employed and lives with his girlfriend, someone other than the victim.

**U.S. Probation Officer Recommendation:**

Although this office considers domestic violence a serious risk issue, after talking with the victim, and her unwillingness to pursue the matter, it is recommended that Mr. Wallace be continued on supervised release and this matter be handled in the General Sessions Court.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _/s/ Jim Perdue_
Jim Perdue
Deputy Chief U.S. Probation Officer